FILED

2008 Feb-05  PM 04:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | | |
|---|---|---|
| EMMANUEL OLA-OLUWA ADEYEYE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 4:07-cv-00664-LSC-JEO |
| | ) | |
| FELICIA S. SKINNER, Acting Director, | ) | |
| ICE, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## MEMORANDUM OPINION

The petitioner, Emmanuel Ola-Oluwa Adeyeye, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  He seeks release pending his repatriation to Nigeria.  (Doc. 1).

On February 5, 2008, the court determined that a pleading that had been sent to the petitioner at the Etowah County Jail was returned because he had been released from custody. Accordingly, this action is due to be dismissed as being moot.  An appropriate order will be entered.

Done this 5th day of February 2008.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

153671